IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Richmond, Terri L | Case Number: 07 B 19245 |
| | Judge: Hollis, Pamela S |
| Printed: 6/24/08 | Filed: 10/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,922.28 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,464.00 |
| Trustee Fee: | | 240.81 |
| Other Funds: | | 1,217.47 |
| Totals: | 4,922.28 | 4,922.28 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 3,464.00 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Payday Loan | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 16,304.41 | 0.00 |
| 5. | Alexian Brothers Medical Center | Unsecured | 98.00 | 0.00 |
| 6. | JP Morgan Chase Bank | Unsecured | 7,476.65 | 0.00 |
| 7. | Stagmans Tax-Tician | Unsecured | 110.25 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 690.84 | 0.00 |
| 9. | Short Term Loans LLC | Unsecured | 295.23 | 0.00 |
| 10. | Americas Financial Choice Inc | Unsecured | 186.67 | 0.00 |
| 11. | Honor Finance | Unsecured | 1,925.96 | 0.00 |
| 12. | Northwest Capital | Unsecured | 705.39 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 7,439.05 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 753.62 | 0.00 |
| 15. | Jefferson Capital Systems LLC | Unsecured | 313.10 | 0.00 |
| 16. | Nicor Gas | Unsecured | 208.19 | 0.00 |
| 17. | Genesis Financial Services Corp | Unsecured | 582.98 | 0.00 |
| 18. | AETNA | Unsecured | | No Claim Filed |
| 19. | Aunt Martha's Community Health Center | Unsecured | | No Claim Filed |
| 20. | ACA Recovery Inc | Unsecured | | No Claim Filed |
| 21. | Access Community Health Network | Unsecured | | No Claim Filed |
| 22. | AFNI | Unsecured | | No Claim Filed |
| 23. | American Collection Corp | Unsecured | | No Claim Filed |
| 24. | Allied Interstate | Unsecured | | No Claim Filed |
| 25. | Americas Financial Choice Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Richmond, Terri L | Case Number: 07 B 19245 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 6/24/08 | Filed: 10/18/07 |

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | APS | Unsecured | No Claim Filed |
| 27. | Americas Financial Choice Inc | Unsecured | No Claim Filed |
| 28. | Bennett & Deloney | Unsecured | No Claim Filed |
| 29. | AT&T | Unsecured | No Claim Filed |
| 30. | Arrow Financial Services | Unsecured | No Claim Filed |
| 31. | American Carpet Cleaning | Unsecured | No Claim Filed |
| 32. | Aspire | Unsecured | No Claim Filed |
| 33. | University Of Chicago Physicians | Unsecured | No Claim Filed |
| 34. | AWA Collection | Unsecured | No Claim Filed |
| 35. | Cash Call | Unsecured | No Claim Filed |
| 36. | Central Portfolio Control Inc | Unsecured | No Claim Filed |
| 37. | Capital Management | Unsecured | No Claim Filed |
| 38. | Chicago Tribune | Unsecured | No Claim Filed |
| 39. | Clayton J Swank | Unsecured | No Claim Filed |
| 40. | City Of Wood Dale | Unsecured | No Claim Filed |
| 41. | City Of Chicago Dept Of Revenue | Unsecured | No Claim Filed |
| 42. | City Of Wood Dale | Unsecured | No Claim Filed |
| 43. | Consultants In Clinical Pathol | Unsecured | No Claim Filed |
| 44. | Elk Grove Radiology | Unsecured | No Claim Filed |
| 45. | Dun & Bradstreet | Unsecured | No Claim Filed |
| 46. | Evergreen Professional Recoveries | Unsecured | No Claim Filed |
| 47. | Credit Protection Association | Unsecured | No Claim Filed |
| 48. | Excel Emergency Care | Unsecured | No Claim Filed |
| 49. | EZ Phone | Unsecured | No Claim Filed |
| 50. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 51. | Gentile Healthcare Associates SC | Unsecured | No Claim Filed |
| 52. | Gerald J Mingolelli MD | Unsecured | No Claim Filed |
| 53. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 54. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 55. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 56. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 57. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 58. | General Revenue Corp | Unsecured | No Claim Filed |
| 59. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 60. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 61. | Illinois Collection Service | Unsecured | No Claim Filed |
| 62. | I C Systems Inc | Unsecured | No Claim Filed |
| 63. | Illinois Collection Service | Unsecured | No Claim Filed |
| 64. | Little Company Of Mary Hospital | Unsecured | No Claim Filed |
| 65. | Illinois Dept Of Employment Sec | Unsecured | No Claim Filed |
| 66. | Instant Cash Advance | Unsecured | No Claim Filed |
| 67. | Torres Credit | Unsecured | No Claim Filed |
| 68. | Mutual Hospital Services | Unsecured | No Claim Filed |
| 69. | Medical Collections | Unsecured | No Claim Filed |
| 70. | Metro Teleconnect | Unsecured | No Claim Filed |
| 71. | NCO Financial Systems | Unsecured | No Claim Filed |
| 72. | Mutual Hospital Services | Unsecured | No Claim Filed |
| 73. | Mutual Hospital Services | Unsecured | No Claim Filed |
| 74. | NAFS | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Richmond, Terri L | | Case Number: 07 B 19245 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 6/24/08 | | Filed: 10/18/07 |

| | | | | |
|---|---|---|---|---|
| 75. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 76. | Marauder Corporation | Unsecured | | No Claim Filed |
| 77. | Allstate | Unsecured | | No Claim Filed |
| 78. | Norman G Kalina Esq | Unsecured | | No Claim Filed |
| 79. | Northwest Premium Services | Unsecured | | No Claim Filed |
| 80. | PNC National Bank | Unsecured | | No Claim Filed |
| 81. | West Asset Management | Unsecured | | No Claim Filed |
| 82. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 83. | Revenue Production Mgmt | Unsecured | | No Claim Filed |
| 84. | Professional Account Management | Unsecured | | No Claim Filed |
| 85. | Revenue Production Mgmt | Unsecured | | No Claim Filed |
| 86. | Sterling & King | Unsecured | | No Claim Filed |
| 87. | Sterling & King | Unsecured | | No Claim Filed |
| 88. | Sunrise Credit Services,Inc. | Unsecured | | No Claim Filed |
| 89. | True Logic Financial Corporation | Unsecured | | No Claim Filed |
| 90. | US Bank | Unsecured | | No Claim Filed |
| 91. | E R Mousa | Unsecured | | No Claim Filed |
| 92. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 93. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 94. | Trustmark Insurance Co | Unsecured | | No Claim Filed |
| 95. | United Cash Loans | Unsecured | | No Claim Filed |
| 96. | United States Postal Service | Unsecured | | No Claim Filed |
| 97. | Illinois Dept of Revenue | Unsecured | | No Claim Filed |
| 98. | Surety Finance | Unsecured | | No Claim Filed |
| 99. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 100. | Sunrise Credit Services,Inc. | Unsecured | | No Claim Filed |

$ 40,554.34       $ 3,464.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 240.81 |

$ 240.81

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____